# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NOS. 22-4562(L), 22-4734 |
| ) | |
| TERRELL DARNELL WALTON ) | |
| AND CHE J. DURBIN ) | |
| ) | |

## UNITED STATES OF AMERICA'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

The United States of America, by its undersigned attorneys, hereby moves the Court to extend the time for filing the government's response brief to and including October 16, 2023, for the following reasons:

1. The defendants in this case were convicted at trial of conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. § 846. The defendants have now appealed.

2. On August 11, 2023, the defendants filed their opening brief in this appeal. Appellate ECF 37.

3. After getting one extension, the government's response brief was due on or before October 2, 2023.[1]

---

[1] The government inadvertently miscalendared its deadline as October 3, 2023.

1

4.     Because of the press of numerous other matters before this Court and the District Court, undersigned counsel was not in a position to draft and file the government's response brief by the current deadline.

5.  Accordingly, the government respectfully requests a 14-day extension of time from the current deadline, which would make the government's response brief due on or before October 16, 2023.

6.  Counsel for both defendants have graciously indicated via email that they do not object to the requested extension of time.

Wherefore, the government respectfully requests that the Court grant this motion and extend the time for filing its response brief up to and including October 16, 2023.

Respectfully submitted,

Erek L. Barron
United States Attorney

By:    __/s/_____
Jason D. Medinger
Assistant United States Attorney

---

The government is filing this motion to remedy the Court's Rule 46 notice.

## CERTIFICATE OF SERVICE

This is to certify that on this 3rd day of October, 2023, a copy of the foregoing Motion for Extension of Time was filed via CM/ECF, and was thereby served upon counsel of record for the defendant.

                                          /s/
                                      Jason D. Medinger
                                      Assistant United States Attorney